Hi, my name is Ray Ramos, and I'm from the Swarovski Center. We represent Spaces here today, as well as Zoe James in the related PRA case, as well as Ian Stanning Jr. in another related PRA case, and one PRA, partly, I mean Portfolio Recovery Associates, the employees must have heard. We also represent Marla Mary Davis in the Davis U.C.C.H. matter. All three of these cases are state-affirmed, pending the resolution of this case, the latter by the bank-crucified owner of C.S.C.H. I consider it an honor and a privilege to be here before what I consider the most important courts in the country right now. And as I say that, Your Honor, I am not sure we're supposed to be here today, in that we are talking about the construction of a state statute, and we, about a year ago, in January of 2016, asked this court to certify the questions of the California Supreme Court, which I do believe, in good faith, is the best arbiter of how to respond to this question. I believe my opponents here also filed a statement of no opposition. Counsel, the problem that I personally have with the request is that they are not shy about denying our certified questions. They have a very heavy calendar, and I don't know what informs their decisions, but you guys, I understand you tried to take a discretionary appeal to the District Court of Appeal from the appellate division of the Superior Court, and that was denied. So, I mean, I feel your pain, but I'm just not sure that they would accept a certified question, even if we tender one. Based on our experience, and I appreciate that comment here on hand, so my statement that I'm very glad to be here today is mirrored by your honors. This may be off to one side, but I don't know enough about California procedure to understand the circumstances under which the California Court of Appeal can be inclined to hear an appeal such as that one. I also do not agree, Your Honor. I think this is completely false. What does it have to do with the fact that this originally was a matter assigned to the Superior Court Division of Limited Jurisdiction, which used to go to municipal and justice courts before we consolidated everything in Superior Court? Correct, Your Honor. From that standpoint, yes, we only get an appeal to the appellate division and the actual Court of Appeal. It's under no obligation to hear these cases. You think you have your day in court once the appellate division has decided. However, as you may have seen from the briefing, we have a lot of inconsistent opinions. So, ultimately, what is this case about? I've had the benefit of an opening read and a reply, so I'm really going to be very short. What I want to do is just talk about why I think this case is important and settle up and then take Your Honor's questions. What I think this case is about is the fundamental right, which is the right of cross-examination, and ultimately whether corporate expediency is not the best way to do it. We all agree, myself, my opponents, and the district judge, Your Honor Belusico, that the purpose of the address clause that we are talking about today is about bringing the declarant to trial. Everyone agrees. Where we diverge is kind of in, well, how should that happen? Given the facts of this case, the declarant for PRA, Mr. Heer, could not have been brought to trial by any means other than a speech, and that is huge sometimes because Mr. Heer is not one of those parties for which he always appears. What about the stipulation by the PRA's counsel that they would accept the service of process and produce the witness with reasonable notice in advance of the trial for imposition, or I assume it's you? You didn't hear me. I say you've been through this phase and not been tempted to issue, or obtain, or serve a trial subpoena on the witness. Did we talk about that in the brief hearing? Is it relevant that we didn't attempt to serve for the speech? Ultimately, what Your Honor is asking is whether we can rely on the good graces of our trial opponents to produce a witness if we went and served them in this way, and I don't recognize that you ever have, so we don't know what their response would have been. Correct, Your Honor. But again, it is a fundamental right to be able to confront someone to testify against you, and we cannot have that subject to maybe they would do it. I understand your own point. Let me ask then a broader policy question. If we accept the rule that you're urging us in interpreting the statute, wouldn't it require that every credit card company in America that does business with people all over the country send, at least in California, move representatives or employees of the creditor to within 150 miles of every Superior Court in California's 58 counties so that they would be available for service of a trial subpoena? Well, not necessarily, Your Honor. This is a question that they asked, and then that we answered. The simple reason is these are small-stakes economics floated on the new cases that are governed by these economic rules. So one of the things that could be done would be, for example, to try to manage your trial calendars in such a way that you could bring your witness to trial, because I see this happen all the time. I don't have a lot of experience. Well, you've been at this for about eight or nine years, but I've done a lot of defense work, and more often than not, we see the witness going to trial, and we see four particular debt buyers and debt collectors. They may have eight or ten cases on the docket, and that one witness testifies in all the cases. That's a vast majority of these cases that go to trial. They simply result in a judgment being entered, usually by default, against the debtor because the debtor isn't really disputing that there is a debt that's been unpaid. I mean, we're talking about a pretty rare experience. What do we do? I mean, perhaps, Your Honor, I don't have the stats right now for how many of these cases have been on default versus going to trial, but your question is very instructive because ultimately the only reason that I can think of to support defendant's position is that it would cost them less money. Well, you've specifically answered my question, to which I think the answer is yes, that the rule you are urging us to adopt would require the physical relocation of the witness within 150 miles of the superior courthouse. Well, if they wanted to do trial by declaration, they could simply bring the witness to trial, which happens all the time. If you bring the witness, enough declaration is needed. But that's the case in terms of the statute. Well, there's too many. These kind of cases, the cost of this is under-relevant. I mean, if you rely on the Rogers case, right? That is a broker. I'll support the case. The Rogers case is a distinguished law enforcement case because in that case, the defendant, in fact, tried to serve counsel and persisted as the addressee, and they refused. And it seems to me the opinion of even the Rogers person, obviously it's been a presidential, but even that court suggested that had the law firm accepted it, it wouldn't have been sufficient to resolve the problem in a different way. Yes, Your Honor. We addressed that in the briefing as well. Ultimately, we rely mostly on broker, which Rogers called. But the facts in broker were such that there was a service attempt made. But I think the court is being sidetracked by this idea that we're saying, well, if we went and tried to serve, it would not produce the client. The issue is whether you can subpoena someone to trial who is not a party or officer of one of the parties without a post on subpoena. And how do you define that? I know the legislature in front of the court has subpoenaed on the amendment that was added. Right. And we addressed that in the reply brief, Your Honor. And we say that that dropping is about making it inclusive rather than exclusive because, and this is essentially where I think Judge Koh went wrong, there may be scenarios under which you can compel someone to come to court by means of other than a subpoena. For example, the declarant in this case could have been an officer-director. So a lot of those people from the 1987 notice didn't appear as relevant in his course. But those are not the facts in this case. No matter, there's no way around the fact that you could not get a subpoena to trial unless you rewrite 1985 without serving notice of subpoena. If he appoints the law firm as his agent to receive service, doesn't that get the count done? Contra means 1985, Your Honor. If you are not a party to an action, you won't get the count. No, I'm not talking about an officer-director. Of course, the officer-director presently, FISA International is not going to allow any FISA managers this year. But a bank in New York is not going to be residing here in San Francisco. But the person who does the day-to-day debt collecting is going to be someone who can appoint him. He or she appoints an agent to the law firm to receive a subpoena. And if so, if that agreement is in place and the law firm breaches that agreement, then you have a defamatory charge on your case. I know of no authority that supports that position, Your Honor. I don't think that we can put that responsibility or that kind of deference to a particular class. One of the cases, the case to be my own, says pretty much exactly that. It was kind of dicta, but it was pretty clear what that judge was trying to do. You're trying to promise equity. You say, well, look, you put in somebody, but that person wouldn't accept it. And they had offered the accepted service, and you couldn't have that problem. Yes, and I accept that, Your Honor. It will be more convenient if I grant you that. But, again, Rogers, with the way we are urging and the court's focus on the dicta rather than the holding, as soon as they went away, you want to be kind of factored or different than your facts. Your facts are not the same facts as Rogers' facts. Was Rogers challenging the amount that was going on? I don't know for certain, Your Honor. Rogers did a process that we're in the law for. I would have to refer to the record on that. But whether or not the defendant in the collection case is challenging the amount, is the amount too real to how do we get people to come to trial? It's a question of who to come to trial if that's not really an issue in litigation. Because I understand these procedures, they were designed to simplify and reduce the cost of what are basically small money-judging cases where you can easily spend more money trying to collect on the judgment than you're ever going to recover. And so the legislature, recognizing the universal reality, came up with this declaration process by which, in essence, a records custodian attests to the amount of money that the creditor is owed on the unpaid debt. And unless the creditor, the debtor, challenges the representation of what's owed, then the court can accept the declaration as if a live witness had come to court to testify to that fact. He isn't met with this procedure at all, I know. Yes, sir, and I agree with that. Let me address that in the sense that the SBE's rules are about small-stakes cases, but the small-stakes cases tended, I assume, most times to be local. It's not about large national debt buyers who file small-stakes cases in California. But this isn't a credit card again, right? So it's a Wells Fargo credit card. Was that the original I think it was? One of the big ones. But, I mean, when you take judicial notice of it, there are millions of those credit cards that are floating around all over the world, and there are lots of trials that are getting around it. The question seems to me to be, well, how can we make this easier for one side? I don't believe that you can. I'm going to be honest. Just in practical terms, I understand. I think that we are difficult for the other side  Yeah, would it make it easier for your side if he were to prevail, rather than imposing any kind of slowdown? Well, it wouldn't just be about imposing expenses. I'm asking you, how does it make it easier for your side? Well, it makes it easier to be sure that when you subpoena a witness and a cleric to come to court, that it will definitely happen. It makes the trial countenance easier. It makes the settlement calculus easier. If the cleric is outside the physical distance specified in the statute, how do you get that person to trial now? Then the lawyer for the plaintiff's plea brings the witness to trial, because, remember, live testimony at trial is the bedrock of the formula. No, no, no. I mean, my question was very clear. They put in one of these declarations under Section 98 to correct you. They don't want to bring the person. But it moves in the person. Well, if the person is outside 150 miles, they say they get to do it. You say they don't get to do it. Well, what happens if they are right? How does that make your life hard? What happens if they're wrong? How does that make your life easy? So, we talk about the development of the statute, and what it is is the statute has to look balanced. And on page 24 of the opening brief, and you'll remember that with me, essentially, we can word it this way. A party against a Section 98 affidavit is going to be offered to not be required to go more than 150 miles to serve the person. I still don't believe that, sort of, the exceptions where 1987 notice applies, I don't believe that there is any way short of rewriting Section 1985 to get a non-party declarant to come to trial other than to rely on the good graces of... So, you're saying you can't keep a person there? That is, I believe the rules have to mean something, right? So, in other words, you can't speak to the person if it's a non-party? Right. That is, they're fiscally outside the law. It's got to be something outside. You could have requested, if the request had been made to the lawyer or the creditor, to produce the person for deposition at the law office or some other place, it would have been better. But our request is not a right, Your Honor. The defendant, in that case, has the rights to cross himself. But the... Here's what I mean. If you've made the request... I know you've had a hard time understanding this insistence of my wife's witness testimony across the Salvation Corps when nobody ever asked for the production of the witness. But the whole point here is... What you claim to be deprived of here is some sort of an employee right that might apply in the next case, but not in many cases. Well, no, Your Honor, but the constitutional rights come from your accuser. Like, all rights are equal. That's the problem I'm having with your argument. She never took step one, which is to say, produce the declarant. I want to talk to... I think I finally understand where your question's coming from, Your Honor. I think you misplaced the burden. Sure. You misplaced the burden. You're misunderstood the record. There's a difference. No, I think you misplaced the burden, that's what you're arguing. Life testimony is a default. A hearsay declaration... No, I just need you to finish. A hearsay declaration, Your Honor, is an exceptional tool and an exception must be strictly complied with. Rather than ask why Mesa did not ask for the person to come, why not ask why PRA did not comply with the situation? She didn't comply with the situation. As Angie said, she asked to meet the requirement. It does not say that, Your Honor, at all. At all. Like, nowhere does it say that, Your Honor. Excuse me, Your Honor, does it have anything to do with the activist case? Did your client somehow, on the record, contest the amount due? I'm certain that she does, Your Honor. She does not. It's in the record. Are we talking about a real case here, or is this just a bullet point? This is the FECPA case. The underlying case was contested. She generally denied she owed the debt, Your Honor. So what you're proposing is the statute says those people who have those creditors, a small debt zone, who have a person who has personal knowledge, living within 150 miles, have the right to use the statute. Everybody else in the world cannot use that statute. Even if they appoint somebody as their agent within 150 miles, would you understand that an agent can't accept the service of justice? Is that what your position is, Your Honor? Unless the report points out the right lines being followed. It never occurred to me that there might be some legal objection to the law. I'm not sure if it just occurred to me. Well, I know we do have apologies in it for those that took over time. I appreciate all your honesty. Thank you. No more time for my apologies. No more time for my apologies. Thank you. Your Honor, I appreciate your honesty. Thank you. Thank you. Thank you. Your Honor. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. The final aspect is the court notes on the agreement created by the citizens that created San Francisco to represent communities. The judge wants to meet a fair trial. I don't think we need to go any further than the same language. Section 19 of the California Code of Civil Rights states that you can read the statute which we serve the court in. There's nothing in the statute about speaking out. There's nothing in the statute about not wanting to serve a community. There's nothing in the statute about having to operate in a certain area which is physically a community. There's nothing in the statute about a requirement to provide a court address. There's nothing there about a requirement to provide a residential address. Instead, the plain language of this connection just shows that the affiant simply needs to provide a being covered address where the affiant is, which is within 150 miles of the courthouse where the affiant is available for service. I think the statute is susceptible to reading, but the affiant must be within 150 miles of reading the statute. Either of those two applies. If you're actually the first one in Congress who has served on the party against Thomas Roth for those 30 days prior, together with the current property address, the affiant is within 150-plus miles, and the affiant is available for service in process. It doesn't say an agent or anybody else. It says the affiant must be available for service in process. One way to read that is available. It doesn't have to be. My understanding of the contempt that's often what it's supposed to be, a couple of California courts agree, and a couple of California courts disagree. I think the statute can be read either way. The actual standards that you are on what needs to be available at the address, and what the word affiant will use. It doesn't mean the affiant personally must be there. I don't regard the statute as telling me for sure what's in those communities is going on, but the legislature obviously addresses the knowledge that there is more than one way for a person to be available for service in process. Legislatures do necessarily ascertain who serves or who doesn't serve. Sometimes they make perfect sense. Sometimes they don't. Sometimes they have a really sensible idea and they're answering it right or wrong. We have the language, and we have a much simpler standard. The last point on the plain language, in other words, to be that available for service in process does have meaning. Legislators need to be aware of that. Legislature knows that it can be available by a people if it's available. Legislators need to see it must be available. It doesn't say a service process may be made at such and such a place. That's what it says on the first sentence. It is to say a service process must be able to be made in that particular house. Then it says the FDL must be available for service in process. So why do they say it twice? It's jury duty. Well, because an employee that can get a fee to pay to make some form of RC or other form of work for service in process is either by a bailiff or a resident or by a designated parent or an agent for service. For the service jury, I get it. But if I was to have a license to bail, it's going to be an acuity extension. I think that's by the statute. The statute is very clear. It's very simple. It has to do with the status of the company. It has to do with the workflow. There are choices that you can take. Again, I think that in the earliest version, the first version of this bill had the words that you're ready to do it. You have to do a six-year service license. Otherwise, the extension would be too long. It's changed. And when they do that, the California Supreme Court, the District of Columbia, you cannot read back into the statute what the item is that the legislature has specified. If a fee is available for service for the first year of service, and the fee for self-employed or self-employed fees are available for service, then it is for the first year of service. I'm sorry. If the person is there within 150 miles, the person can be subpoenaed. And then the psychologist can be saying they have to be available for service for the process within 150 miles, and they have to be available for subpoena. The same thing was said in the Supreme Court in the Supremacy case, is they have to be personally there within 150 miles. And if you read the clause, the person is required to be personally there. And of course, they are subject to policy. And do you have any legislative history in response to some of those kinds of factors where the Supreme Court subpoenaed you? Well, I think that the entire purpose of the economic litigation project, and it speaks to this further, and that is that the United States Constitution is the entire thing. It was designed by the courts and by the legislature to make these small states easier to litigate and, importantly, basically easier to defend. It's not just that they were designed to make it easier for treasurers to make judgments. They were designed to make it easier for individuals to defend against the case as well. It's clear. There's other words that are specific to these, and I understand why nobody's used them to reform what it's going to do. How does it make it easier for the court to hear? Well, for example, let's say this is the case, and someone else had their share of the debt and it wasn't her, but someone else was located in Florida, and she didn't want to bring that person all the way to California to testify. She could put together a declaration, and she could assert that on us, and that declaration would then say that it was me she had filed, and it was me, and it was me, and it was my clients, and it was me already, so the creditor in this case. So she had a cost-effective way of overdebting someone. Now, let's move on. Doesn't that mean there's somebody who's the hardest of debt, and then you set service on you when you're playing, and you're just giving us no debt, so I don't understand how you're going to do that. Well, I wasn't there. I don't understand your argument. What I'm saying is, if the case was to defend against the claim that my client here brought, she could have done that only if this didn't witness my alibi go up to the expense of filing that witness to trial. She could have just drafted a declaration that was unanimous, and yet it would make it important as the final decision. Of course, she would have had to wait, and she would have had to finish her process during the period, and if my client didn't say, well, you know, it was there, then that expense would have to be incurred. It's the same. In other words, it's the same way for both sides. You can... If I just gave you a warrant to make this, I don't know what else you're proposing that would help you to do that. And so, moving away from the statute would not make any sense. It wouldn't make it more affordable for anybody. It would always be more affordable. I have to say, this court was forced into this past week because it always charges to bring the witness to a witness trial, and it would be impractical if we had 150 miles, you know, between those two cases. So, you see the difference? 150 miles, as I understand it, is also the driver of how much you have to tender the witness in terms of travel costs to get to the court. So, then, actually, yeah, you're right. There's nothing in C.C.P. 98 that says you have to pay for a witness. No, no, no, no. I'm talking about a trial subpoena. And if you tender a trial subpoena, don't you have to also tender one day's witness fee plus mileage to the courthouse? If you... If the statute requires you to tender a subpoena, and if you did so, then yes, you would be considered. Right. But the statute doesn't require that. But 150 miles would put a cap if the plaintiff wanted to issue a trial subpoena, so you would require it anyway. Right. But C.C.P. 98 is even better than that because it doesn't require the payment of a legal witness fee. There's a C.C.P. process. There's nothing in the statute that says you have to pay if you're a dead person here. In other words, if I want the benefit of the administration to just carry on this testified-like information, I have to pay that until the records are filed. Again, this is cost-setting. This is all a record. It's in the system. It's in the statute. It's in the bill. It's in the record. It's in the state. It was requested through certification of the California State Department that she did not impose the reason for the abuse or the brutality of it in front of members of the community. We are... We are not all in that environment. To be... To be honest, and certainly I would love the court to approve it, but to be honest, for the benefit of everyone in the industry, they need it in this court. We're in a firm. We're going to do everything we can to close it and still let her solve the question as a matter of California law, because there's obvious rejections against it, and we need people to come up with a different way, and that's why we've got to impose the records. We've got to impose the records. We've got to impose the requirements. And even if it is fulfilled, if it gets passed, we don't know what the rules are. So anyway, let's see if this is for you. I think it's really an institutional thing as to whether or not the declaration of decline came a little bit more. There's certainly been a violation of the law against the people who defended the statute that we're going to talk about. Why? Because this is almost specifically like the case that this court decided to weed. So when you weed, the consortium holds the exact same position as that.   a valid letter, because you are not registered to submit the letter. It's unlawful for you to send a letter to my office because you are not registered to submit the letter. So you are not registered to submit your state law to the federal law in this court that said you are not required to weed. The fact that in fact, it's the state law is not valid in a lot of ways. Again, the reason why it's not in the communication of the subcommittee is to see whether or not it's a different law. So let's see what we can do about it. It's a different law so let's see what we can do about it. What we can do here is to see if there is an opportunity for us to stand and stand and to make sure that the extent that we can do here is available to the source of justice care that exists within this subcommittee. So we have to go into the well-being of the patient   source of the patient source of justice care Thank you. subcommittee.
judges: W. Fletcher, Tallman, Huck